# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Church Mutual Insurance Company, now known as Church Mutual Insurance Company, S.I., <br><br> Plaintiff, <br><br> v. <br><br> Stillwater Senior Living, LLC, and Sierra Allen, <br><br> Defendants. | Case No.: 3:21-cv-01022 <br><br> Hon. Nancy J. Rosenstengel |

## STIPULATION FOR DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, Church Mutual Insurance Company, S.I., by and through its undersigned attorneys, hereby stipulates that no defendant has filed an answer or motion for summary judgment in the above-captioned action, and that Plaintiff dismisses this action without prejudice and without costs.

Respectfully submitted,

CHURCH MUTUAL INSURANCE COMPANY,

Dated: 9-28-2021

/s Matthew R. Bloom
One of Its Attorneys

Matthew R. Bloom
MEAGHER & GEER, PLLP
216 N. Jefferson Street, Suite 100
Chicago, IL 60661
312-463-1045
mbloom@meagher.com
ARDC No. 6292410