IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHURCH MUTUAL INSURANCE COMPANY, now known as CHURCH MUTUAL INSURANCE COMPANY, S.I.,<br><br>Plaintiff,<br><br>v.<br><br>STILLWATER SENIOR LIVING, LLC, and SIERRA ALLEN,<br><br>Defendants. | Case No. 3:21-CV-1022-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulation for Dismissal dated September 28, 2021 (Doc. 9), this entire action was voluntarily **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DATED:** September 29, 2021

MARGARET M. ROBERTIE,
Clerk of Court

By:  s/ *Deana Brinkley*
        Deputy Clerk

APPROVED:  _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge